# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LUETISHIA ANNE WILDER**                                                              **PLAINTIFF**

v.                            **CASE NO. 4:25-CV-00181-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Commissioner**                                                                        **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 13] is adopted, and the Commissioner's decision is reversed and remanded to discuss and support the finding that Luetishia Wilder's depression symptoms failed to impact the residual functional capacity analysis at Step Four.

IT IS SO ORDERED this 7th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE